STATE of Missouri, Respondent,

v.

Jerry L. WHITE, Appellant.

No. WD 44437.

Missouri Court of Appeals,
Western District.

Sept. 28, 1993.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and KENNEDY and LOWENSTEIN, JJ.

## ORDER

PER CURIAM.

Appeal from a jury conviction of stealing over $150, § 570.030, RSMo 1986, and from sentence of four years' imprisonment.

Judgment affirmed pursuant to Rule 30.-25(b).